# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jamie Allen Bircumshaw, | Case No.: 2:19-cv-00551-JAD-NJK |
| Petitioner | |
| v. | **Order Dismissing Petition** |
| Attorney General of the State of Nevada, et al., | |
| Respondents | |

Petitioner Jamie Allen Bircumshaw filed this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge events that occurred in 2017–2018 in his state-court criminal prosecutions.[1] Because Bircumshaw failed to submit an application to proceed in forma pauperis or pay the filing fee, his case has been improperly commenced, and I dismiss it on that basis.[2]

It does not appear from the papers that a without-prejudice dismissal will materially affect a later analysis of any timeliness issue with regard to a new, timely filed action. Petitioner at all times remains responsible for calculating applicable federal limitation periods and for properly commencing a timely filed federal habeas action.

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

| | |
|---|---|
| 1 | If petitioner files a new action, he should specify which judgment or judgments of |
| 2 | conviction he seeks to challenge. He also must name the state officer in whose custody he is as a |
| 3 | respondent.[3] |
| 4 | IT IS THEREFORE ORDERED that the Clerk is directed to DETACH AND FILE the |
| 5 | petition [ECF No. 1-1]. |
| 6 | IT IS FURTHER ORDERED that **this case is DISMISSED** without prejudice. |
| 7 | IT IS FURTHER ORDERED that **a certificate of appealability is DENIED** because |
| 8 | jurists of reason would not find the court's dismissal of this improperly commenced action |
| 9 | without prejudice to be debatable or incorrect. |
| 10 | The Clerk of Court is directed to ENTER JUDGMENT accordingly and close this case. |
| 11 | Dated: April 17, 2019 |

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] Habeas Rule 2(a).